AO 247 (02/08) Order Regarding Motion for Sentence Reduction

```
                                        USDS SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #: _____
                                        DATE FILED: 5/5/08
```

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: S2 00 CR 0121-05 (PKC) |
| Jorge Hernandez-Rosario ) | USM No: 44826-054 |
| Date of Previous Judgment: 01/10/2002 ) | Nancy Lee Ennis |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **168 months** months **is reduced to** **135 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

By letters dated May 2, 2008, both the government and the defendant agree with the probation office that the foregoing reduction is appropriate.

Except as provided above, all provisions of the judgment dated 01/10/2002 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 5, 2008

Effective Date: 05/16/2008
(if different from order date)

_____
Judge's signature

Hon. P. Kevin Castel, U.S.D.J.
Printed name and title