UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

v.

JULIO NUNEZ,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**00 Cr. 121 (PKC)**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the appearance previously entered by Assistant United States Attorney Kan Nawaday and to add the undersigned attorney as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
            December 11, 2009

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

                              by:   /s/ Alvin L. Bragg, Jr.
                                      Alvin L. Bragg, Jr.

                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Southern District of New York
                                      One St. Andrew's Plaza
                                      New York, New York  10007
                                      Tel:  (212) 637-1085
                                      Fax: (212) 637-2527
                                      Alvin.Bragg@usdoj.gov

TO:    Lloyd Epstein, Esq.